UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Jordan, | Case No.: 08-cv-399 |
| Plaintiff, | Judge: Shadur |
| v. | |
| Curtis O. Barnes, P.C. | **PLAINTIFF'S MOTION TO TRANSFER** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to 28 U.S.C. 1391, and respectfully requests that this Court grant Plaintiff's Motion to Transfer the above-captioned matter to the Northern District of Indiana, Hammond Division.

Plaintiff's Motion is warranted since venue is not proper in this District. In the above-captioned matter, Plaintiff resides in the Northern District of Indiana and "a substantial part of the events…giving rise to the [claims] occurred" in that District. 28 U.S.C. 1391(b)(2). Further, the Complaint is properly captioned for the Northern District of Indiana but, due to a clerical mistake, the same was filed in this District. Plaintiff's counsel warrants that it is admitted to practice in the Northern District of Indiana. Based on the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Transfer this action to the Northern District of Indiana, Hammond Division, for all future proceedings. Plaintiff humbly apologizes for any inconvenience the filing may have caused.

Respectfully submitted,

By: */s/ Richard J. Meier*
Richard J. Meier
Legal Helpers, P.C.
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156
rjm@legalhelpers.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2008 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. The following parties were served through U.S. Mail.

    Curtis O Barnes, A Professional Corporation
    c/o Curtis O Barnes, Registered Agent
    390 W Cerritos Ave
    Anaheim, CA 92805

                                        */s/ Richard J. Meier*