# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| David Jordan,<br><br>    Plaintiff,<br><br>v.<br><br>Curtis O. Barnes, P.C.<br>    Defendant. | Case No.: 08-cv-399<br><br>Judge: Shadur<br><br><br>**(proposed) ORDER GRANTING**<br>**PLAINTIFF'S MOTION TO TRANSFER** |

For good cause shown, the Court hereby Grants Plaintiff's Motion to Transfer the above-captioned matter to the Northern District of Indiana, Hammond Division. The Clerk is hereby instructed to transfer the above-captioned action to the Northern District of Indiana, Hammond Division, for all future proceedings.

**IT IS SO ORDERED.**

_____
**Judge Shadur**

Prepared by:

Legal Helpers, P.C.
Richard J. Meier
Attorney for Plaintiffs
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156