# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| David Jordan,<br><br>    Plaintiff,<br><br>v.<br><br>Curtis O. Barnes, P.C.<br>    Defendant. | Case No.: 08-cv-399<br><br>Judge: Shadur<br><br><br>**NOTICE OF MOTION** |

To:    Curtis O Barnes, A Professional Corporation
       c/o Curtis O Barnes, Registered Agent
       390 W Cerritos Ave
       Anaheim, CA 92805

     PLEASE TAKE NOTICE that on January 24, 2008, at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Shadur, or any judge sitting in his stead, at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2303, and then and there present **PLAINTIFF'S MOTION TO TRANSFER**, a copy of which is served upon you.

                                          RESPECTFULLY SUBMITTED,

                                          Legal Helpers, P.C.

                                          By:   */s/ Richard J. Meier*
                                                Richard J. Meier
                                                Attorney for Plaintiff
                                                Legal Helpers, P.C.
                                                20 West Kinzie; Suite 1300
                                                Chicago, IL 60611
                                                Telephone: 1.866.339.1156
                                                rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   Parties may access this filing through the Court's system.  The following parties were served through U.S. Mail.

      Curtis O Barnes, A Professional Corporation
      c/o Curtis O Barnes, Registered Agent
      390 W Cerritos Ave
      Anaheim, CA 92805

*/s/ Richard J. Meier*