## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 399 | **DATE** | 1/18/2008 |
| **CASE TITLE** | David Jordan vs. Curtis O. Barnes | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to transfer is granted. (4-1) Based upon Plaintiff's representations and pursuant to 28 USC 1406(a), this action is ordered transferred to the Northern District of Indiana, Hammond Division.

Docketing to mail notices.

Case 1:08-cv-00399 Document 6 Filed 01/18/2008 Page 1 of 1

| | Courtroom Deputy Initials: | SN |
|---|---|---|