

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
      CLERK

February 6, 2008

Ms. Suzanne D. Alcala
United State District Court
United States Court, Suite 2300
5400 Federal Plaza
Hammond, IN 46320

RE:   Jordan v. Curtis O Barnes

Case No.  **08C399**

Case No
Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on , by the Honorable Judge Milton I. Shadur.   Enclosed is a certified copy of the transfer order and docket sheet .

As of  January 18, 2005 for civil and criminal cases, our court uses electronic case filing.  You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet.  You will need Adobe Acrobat reader loaded on your computer in order to view the documents.  If you are an electronic court, you may upload the documents.  All documents filed prior to electronic filing are included in this transfer package.   (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                                                      Sincerely yours,
                                                                      **Michael W. Dobbins, Clerk**

                                                            By:      */s/Thelma Murry-Sykes*
                                                                      Deputy Clerk

Enclosures
New Case No. _____          Date _____